# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL J. WEGENER, L. JEROME PRIBIL, and KOOL AGRICULTURAL SPR DE RL DE CV<br><br>Plaintiffs,<br><br>v.<br><br>AXA SEGUROS, S.A. DE C.V. and ISAAC V. WALL<br><br>Defendants. | Case No.: 4:16-CV-03175-CRZ |

## **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND IMPROPER VENUE**

PLEASE TAKE NOTICE, that upon the accompanying Brief in Support, and the Affidavit of Diego H. Morales, and upon all the pleadings and prior proceedings heretofore had, served and/or filed herein, AXA Seguros, S.A. DE C.V. ("AXA"), by and through its attorneys, Gordon & Rees LLP, move this Court:

    (a)    for an order dismissing the First Amended Complaint ("FAC") filed by MICHAEL J. WEGENER, L. JEROME PRIBIL, and KOOL AGRICULTURAL SPR DE RL DE CV ("Plaintiffs") pursuant to Fed.R.Civ.P. 12(b)(1) for lack of subject matter jurisdiction on the grounds diversity jurisdiction does not exist;

    (b)    for an order dismissing Plaintiffs' FAC pursuant to and Rule 12(b)(3) of the Federal Rules of Civil Procedure, along with 28 U.S.C. § 1406(a) based on improper venue;

    (c)    for an order dismissing Plaintiffs' FAC based on the doctrine of forum non conveniens; and

1

(d) granting such other and further relief as this Court deems just and proper, including awarding AXA attorneys' fees and litigation costs.

Respectfully submitted this 29th day of March, 2017.

                                              **GORDON & REES, LLP**

By:   *s/ Christine M. Kroupa*
       Christine M. Kroupa, #24796
       555 Seventeenth Street, Suite 3400
       Denver, Colorado 80202
       Tel: (303) 534-5160
       ckroupa@gordonrees.com

*Attorneys for AXA SEGUROS, S.A. DE C.V*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Stephen L. Ahl
Wolfe, Snowden, Hurd, Luers & Ahi, LLP
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE  68508
*sahl@wolfesnowden.com*

                                             */s/ Meri Pincock*
                                             Meri Pincock