IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL J. WEGENER, et al.,

Plaintiffs,

vs.

AXA SEGUROS, S.A. DE C.V. and
ISAAC V. WALL,

Defendants.

4:16-CV-3175

JUDGMENT

For the reasons stated in the accompanying memorandum and order, the plaintiffs' amended complaint is dismissed without prejudice.

Dated this 9th day of June, 2017.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
United States District Judge